UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,     )
                               )
          vs.               )     CAUSE NO. 3:08-CR-54 RM
                               )
KEVIN WRIGHT (1)          )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 7, 2008 [Doc. No. 43]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kevin Wright's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and (b), 860 (a) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  August 28, 2008

                      /s/ Robert L. Miller, Jr.
                      Chief Judge
                      United States District Court